UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MUSCLETECH RESEARCH AND DEVELOPMENT, INC., *Plaintiff,* | : | |
| vs. | : | USDC RI: C.A. No.: 03-0392T<br>(Also, USDC RI: C.A. No.: 03-0571)<br>(Also, USDC, SDNY C.A. No.: 03-08401) |
| MICHAEL CLOUD, *Defendant.* | : | |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Plaintiff MuscleTech Research and Development, Inc., hereby dismisses with prejudice and without costs all claims and counts asserted against the defendant in the above-captioned matter.

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC.,
By its Attorneys,

KENYON & KENYON, LLP

Howard J. Shire, Esq.
Kenyon & Kenyon, LLP
One Broadway
New York, NY 10004
Tel: (212) 425-7200
Fax: (212) 425-5288

MICHAEL CLOUD,

By his Attorneys,

WILENTZ, GOLDMAN & SPITZER,

Brian J. Molloy, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
Tel: (732) 855-6083
Fax: (732) 726-6699

**CERTIFICATION**

I hereby certify that on this 15th day of December, 2006, a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
Howard J. Shire, Esq.
Kenyon & Kenyon, LLP
One Broadway
New York, NY 10004

Counsel for Defendant
Brian J. Molloy, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095

/s/ Paul V. Sullivan